**EXHIBIT A**

**COMPLAINT
BOULDER DISTRICT COURT CASE NO. 2023CV30568**

| | |
|---|---|
| **DISTRICT COURT, COUNTY OF BOULDER COMBINED COURT, STATE OF COLORADO**<br>1777 6th Street<br>P.O. Box 4249<br>Boulder, CO 80302<br><br>_____<br><br>Plaintiff(s):   **DIANE L. ANDREW**, an Individual;<br><br>v.<br><br>Defendant(s): **PROGRESSIVE CASUALTY INSURANCE COMPANY,** a foreign corporation. | DATE FILED: August 14, 2023 3:50 PM<br>FILING ID: 5B7D81F7F04D9<br>CASE NUMBER: 2023CV30568<br><br><br>☐   Court Use Only   ☐ |
| Attorneys for Plaintiff<br>***EARL & EARL, PLLC.***<br>1259 Lake Plaza Drive, Ste. 230<br>Colorado Springs, CO 80906<br>Ryan T. Earl, Esq., # 45910<br>Collin J. Earl, Esq., # 41808<br>Brian E. Hefner, Esq., # 52280<br>Telephone: 719-900-2500<br>Facsimile:  719-269-8832<br>ryan@earlandearl.com | Case Number:<br><br>Div:    Courtroom |
| **COMPLAINT** | |

    **COMES NOW** the Plaintiff, **Diane L Andrew,** by and through her attorneys, *Earl & Earl, PLLC,* and for her Complaint against the Defendant, **Progressive Casualty Insurance Company,** alleges and avers as follows:

<u>**JURISDICTION AND VENUE**</u>

    1.    At all times pertinent hereto, Plaintiff, Diane L Andrew was a resident of the City of Castle Rock, County of Douglas, State of Colorado.

    2.    Upon information and belief, Progressive Casualty Insurance Company is a foreign corporation licensed to do business in the State of Colorado.

    3.    Pursuant to C.R.C.P. 98(c)(1), venue is proper in the District Court of Boulder County, as Progressive Casualty Insurance Company is a foreign corporation licensed to do

Verified Complaint- Page 1 of 10

EXHIBIT A

business in Colorado.

## FACTUAL ALLEGATIONS

4.      Plaintiff incorporates herein by reference relevant jurisdiction and venue allegations set forth with specificity in all preceding paragraphs of this civil Complaint as if set forth *verbatim.*

5.      On or about October 22, 2018, Plaintiff, Diane L Andrew (hereinafter referred to as Ms. Andrew) was the properly restrained driver of a 2017 Dodge Durango. Ms. Andrew was traveling northbound approaching S. Oman Road, when a semi-truck attempted to make a wide turn causing traffic to come to a sudden stop.

6.      On or about October 22, 2018, Heather Jo Cloke, f/k/a Heather Jo Cloke (hereinafter referred to as Tortfeasor Cloke), was also driving northbound approaching S Oman Road, when a semi-truck attempted to make a wide turn causing traffic to come to a sudden stop.

7.      Tortfeasor Cloke released her brakes and started moving before the rest of traffic and struck Ms. Andrew' vehicle; causing injuries and damages to Ms. Andrew.

8.      Ms. Andrew complained of whiplash, neck and shoulder pain to the investigating officer at the scene of the subject motor vehicle accident.

9.      Tortfeasor Cloke negligently, carelessly, and recklessly operated her vehicle by not paying attention to the conditions of the road, traffic and other circumstances and failed to drive her vehicle in a safe and prudent manner.

10.     Ms. Andrew was in no manner comparatively negligent in causing the afore-described collision that occurred on October 22, 2018.

EXHIBIT A

11.     As a result of the Tortfeasor Cloke's negligent, careless, and reckless actions, Ms. Andrew sustained injuries and damages.

12.     On or about August 11, 2020 Diane Andrew filed a cause of action against Heather Jo Cloke, f/k/a Heather Jo Kalin in the County of Douglas stylized and known in that county as case number 2020CV30619.

13.     On or about August 25, 2021 Diane Andrew was able to reach a settlement with Defendant Heather Jo Cloke.

14.     On or about September 27, 2021 Diane Andrew informed Progressive Casualty Insurance Company (hereinafter "Progressive") that she was Ms. Rita Lindsey's blood daughter, that she was attempting to file a claim for under-insured motorist coverage under Ms. Rita Lindsey's policy no. 9169366779-2.

15.     On or about September 27, 2021 Progressive began their investigation into whether or not coverage for Plaintiff Diane Andrew existed and applied.

16.     Progressive's investigation consisted of seeking an interview with both Ms. Rita Lindsey and Plaintiff, Diane Andrew, as well as seeking documentation concerning the residence of Ms. Rita Lindsey at the time of the alleged incident.

17.     Upon information and believe Ms. Rita Lindsey did provide a statement to the Progressive adjuster, Jessica Douglas, and stated that she was living with Plaintiff, Diane Andrew at the time of this accident.

18.     Also, documentation, such as, photos and a divorce decree were provided to demonstrate the Ms. Rita Lindsey's necessity to move from Georgia to Colorado and reside with Plaintiff, Diane Andrew.

EXHIBIT A

19.     On or about July 30, 2018 both Ms. Andrew and Ms. Lindsey signed a lease application for a house located at 3578 Wonder Drive Castle Rock, Colorado 80109. (See Exhibit 1- Residential Lease Application).

20.     Shortly thereafter both Ms. Andrew and Ms. Lindsey moved into the house at 3578 Wonder Drive Castle Rock, Colorado 80109 and resided there together.

21.     Ms. Andrew and Ms. Lindsey were residing together in the house mentioned above when Ms. Andrew was in the car crash incident that occurred on October 22, 2018.

22.     On or about May 23, 2022 Progressive adjuster, Jessica Douglas denied coverage for the claim Ms. Andrew submitted. (See Exhibit 2- Progressive Letter.)

### FIRST CLAIM FOR RELIEF
#### *Breach of Contract by Defendant*

23. Plaintiff re-alleges all previous allegations and statements of this Complaint and hereby incorporates all preceding allegations and statements as if fully set forth herein.

24. Ms. Andrew is the daughter of Ms. Rita Lindsey. Ms. Rita Lindsey at the time of the accident was living and residing with Plaintiff, Ms. Andrew. Ms. Andrew is a relative and resident relative of the named insured, Rita Lindsay on a contract of insurance between Progressive and Rita Lindsey covering Ms. Andrew as the normal place of abode was the same address.

25. Ms. Andrew is a beneficiary of the contract of insurance between Ms. Rita Lindsey and Progressive.

26. Progressive has refused to provide Ms. Andrew with certain UIM benefits pursuant to the contract of insurance.

27. As a result of Defendant Progressive's breach of its contract with Ms. Lindsey, Ms. Andrew has suffered the aforementioned damages, including, without limitation, non-

EXHIBIT A

payment of UIM limits for Ms. Andrew; statutory interest on Ms. Andrew's UIM benefits from the date of the accident to present; statutory interest over  UIM limits; reasonable costs; reasonable attorney's fees; and other economic losses resulting from her unpaid UIM benefits that was required to be paid under the UIM provisions of her UIM auto insurance policy.

## SECOND CLAIM FOR RELIEF
### *Unreasonable Breach of Contract by PROGRESSIVE*

28. Plaintiff re-alleges all previous allegations and statements of this Complaint and hereby incorporates all preceding allegations and statements as if fully set forth herein.

29. An insurance company owes to those it insures the duty of good faith and fair dealing. That duty is breached if the company unreasonably delays or denies payment of the UIM benefits or engages in unreasonable conduct or assumes an unreasonable position regarding payments of UIM benefits.

30. "If an insurer lacks a 'reasonable basis' to deny a claim, the claim is not 'fairly debatable.'" *Geiger v. American Std. Ins. Co.*, 192 P.3d 480 (Colo. App. 2008).

31. Defendant Progressive owed duties to Ms. Andrew under the policy's implied covenant of good faith and fair dealing, including the duty to investigate and adjust Plaintiff's entitlement to UIM benefits in good faith.

32. Progressive's policy of insurance includes an implied covenant of good faith and fair dealing requiring that Progressive would, in good faith and in the exercise of fair dealing, deal with Ms. Andrew fairly and honestly; faithfully perform its duty of representation; and do nothing negligent or willful to impair, interfere with, hinder, or potentially injure her rights to receive UIM benefits of the Progressive policy.

33. Progressive's failure to act in good faith (not the condition of non-payment) leads to tort liability. *Farmers Group, Inc. v. Trimble,* 691 P.2d 1138 (Colo. 1984). *(See also Colo.*

EXHIBIT A

*Rev. Stat.* §10-3-1116, "A first-party claimant...whose claim for payment of benefits has been unreasonably delayed or denied may bring an action in district court to recover reasonable attorney fees and court costs and two times the covered benefit.") Thus, Progressive's continued bad faith denial of UIM benefits established Ms. Andrew's rights to recover under §10-3-1116(1).

34. Ms. Andrew also suffered non-economic damages, including emotional distress arising out of Progressive's unreasonable breach of insurance contract. See *Goodson v. American Standard*, 89 P.3d 409, 412 (Colo. 2004) (holding that "in a tort claim against an insurer for breach of the duty of good faith and fair dealing, the Plaintiff may recover damages for emotional distress without proving substantial property or economic loss.")

35. The following unreasonable conduct by Progressive violates the Unfair Claims Practices Act - C.R.S. §10-3-1101 et seq. and caused damages, injuries, and losses to Plaintiff, including, but not limited to the following:

36. Defendant had to have realized that the decision to deny or delay UIM benefits was in direct contravention of their obligations under the insurance contract. The denial and/or delays in payment of UIM benefits was done recklessly and with knowledge, either actual or constructive, of the destruction, hassle, and emotional distress that the bad faith denial and/or delays would have on Ms. Andrew.

37. These wanton and reckless acts or omissions by Progressive were committed with knowledge and intent and were not contemplated to be in the best interest or within the legal rights of the insured or Ms. Andrew.

38. Further, Defendant Progressive's actions, policy, and/or procedure to interpret its terms, reject evidence provided, without any contravening evidence and give the adjuster's

EXHIBIT A

thoughts more weight is against public policy because it forces the insured to litigate by not allowing the insured to choose arbitration and allows Progressive to collect interest on Ms. Andrew's UIM benefits, and therefore, it dilutes the insured's benefits under Progressive's UIM insurance policy.

39. Further, Progressive breached its duty of good faith and fair dealing because it unreasonably denied payment of Ms. Andrew's UIM benefits and Progressive knew that the denial was unreasonable or recklessly disregarded whether its position was unreasonable.

40. As a result of Progressive's unreasonable breach of its insurance contract with Ms. Andrew, Ms. Andrew has suffered the aforementioned damages, including without limitation, non-payment of UIM limits; economic and non-economic damages including emotional distress caused by Progressive's unreasonable breach of contract; statutory interest on her UIM benefits from the date of the accident to present; statutory interest over her UIM limits; reasonable costs; reasonable attorney's fees; and two times the covered benefits.

### THIRD CLAIM FOR RELIEF
*Unreasonable Delay or Denial of Benefits-Entitling First Party Claimant to Recover Reasonable Attorney's Fees and Court Costs, and Two Times the Covered Benefit*

41. Plaintiff re-alleges all previous allegations and statements of this Complaint and hereby incorporates all preceding allegations and statements as if fully set forth herein.

42. On 9/28/21 Ms. Andrew submitted a demand for coverage and limits. On May 23, 2022, Progressive made a response denying any coverage offered to Ms. Andrew, as she was not an insured party.

43. Pursuant to Colo. Rev. Statues 10-3-1116(1), "a first-party claimant whose claim has been unreasonably delayed or denied may bring an action in a district court to recover reasonable attorney fees and court costs and two times the covered benefit."

EXHIBIT A

44. Progressive acted unreasonably in that it failed to fully investigate and adjust for Ms. Andrew's entitlement to UIM benefits in unreasonably denying payment of their UIM benefits.

45. As a result of Progressive's unreasonable breach of its UIM insurance contract with Ms. Andrew, Ms. Andrew has suffered the aforementioned damages, including without limitation, non-payment of UIM limits; economic and non-economic damages including emotional distress caused by PROGRESSIVE'S unreasonable breach of insurance contract; statutory interest on her UIM benefits from the date of the accident to present; statutory interest over the UIM limits; reasonable costs; reasonable attorney's fees; and two times the covered benefit.

WHEREFORE, Ms. Andrew prays that judgment be entered in her favor and against Progressive in an amount that fully and fairly compensates Ms. Andrew for her injuries, damages and losses, both past and future; for payment of all unpaid UIM benefits to compensate her for her non-economic, economic, and physical impairment damages;  double the recovered benefit and reasonable attorney fees and costs incurred in obtaining payment of the UIM benefits by the filing of this action pursuant to Colo.Rev.Stat §10-3-1116; for general damages, including emotional distress resulting from the bad faith breach of insurance contract, in an amount to be determined by the trier of fact; special damages as proved, together with pre-judgment interest from the date of Ms. Andrew's injuries as described and alleged above; and post-judgment interest as allowed by law. Ms. Andrew further prays that judgment be entered and that the Court also award costs, expert witness fees, and such other and further relief as this Court may deem just and proper.

Respectfully submitted this 14th day of August 2023.

EXHIBIT A

/s/ Ryan T Earl, Esq.
Ryan T Earl, Esq., # 45910
**Earl & Earl, PLLC.**
Attorneys for Plaintiff
*A duly signed original on file at the offices
of Earl & Earl, PLLC.*

Plaintiff's Address
Diane L. Andrew
c/o Earl & Earl, PLLC

EXHIBIT A

**VERIFICATION**

STATE OF COLORADO   )
                         )ss
COUNTY OF DOUGLAS  )

DIANE L. ANDREW, being first duly sworn upon oath, says:

That she has read the above foregoing Complaint; that she knows the contents thereof and believes that the facts stated herein are true.

_Diane Andrew_
DIANE L. ANDREW

SUBSCRIBED AND SWORN to before me this _11_ day of August, 2023.

NOTARY PUBLIC FOR _El Paso County, CO_

Residing at: _7661 McLaughlin Rd, Falcon, CO 80831_
Commission Expires: _Oct. 28, 2025_

ZACHARY JACOB PINELLO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214042536
MY COMMISSION EXPIRES OCTOBER 28, 2025

Complaint- Page 10 of 10

EXHIBIT A

DATE FILED: August 14, 2023 3:50 PM
FILING ID: 5B7D81F7F04D9
CASE NUMBER: 2023CV30568

## RESIDENTIAL LEASE APPLICATION

Landlord/Lessor: _____   Date of Application: 7/30/18
Location of Residence: 3578 Wonder Drive Castle Rock, CO 80109

Name of Tenant: Diane Andrew

Other Names Tenant has used: _____

Current Home Phone Number: ██████████

Drivers License No. ██████████   State of Issuance: GA

Social Security Number: ██████████   Date of Birth: ████

Marital Status: divorced   Spouse Name: _____

Children Names: Corbin & Caylee Andrew

Name of Tenant #2: Rita Lindsey   (DL) ██████████  GA

Current Phone No: ██████████

SS# Tenant #2: ██████████

Who will live in residence except applicant and children?

n/a

Place of Employment: Douglas County School District

Address: 620 Wilcox St. Castle Rock, CO 80109

Supervisor: Erin Carlson   Phone: 303·387·5075

Your Job Title: teacher   Work Hours: 8:30 – 4:00

Monthly Pay: $4250 gross   How long at current job? new

Other sources of income: child support – ██████ /mo.

Rita Lindsey – ██████ SSI & ██████ /mo family

Do you intend to reside here indefinitely?   ☐ Yes   ☒ No

-If no, how long? 1 year

Have you ever filed Bankruptcy?   ☐ Yes   ☒ No

-If yes, court and cause number? _____

Are you a party to any lawsuit?   ☐ Yes   ☒ No

-If yes, please describe. _____

Are there any judgments against you?   ☐ Yes   ☒ No

-If yes, please describe. _____

Bank Name: Chase Bank   Phone: 800-935-9935

Account No: _____→   Account No. ██████████

Credit References:

Name: Capital One   Phone: 800-227-4825

Name: Target Card   Phone: 800-424-6888

Name: Home Depot   Phone: 800-677-0232

**(Continued on Page 2)**

### Conditions and Information

All pages of this lease application must be signed by all persons who will sign the lease agreement. Additional tenant information is on page 2.

The completing of this application by Tenant and the acceptance of this application by Landlord creates no obligation of Landlord to approve the application.

This application will be approved or rejected usually within five (5) days of being submitted to Landlord. However, there is no obligation of Landlord to notify tenant unless the application is approved.

If this application is approved, Tenant must make the security deposit and sign the lease before the tenancy begins.

Landlord complies with all Federal and State laws regarding discrimination and does not discriminate based upon age, sex, race, marital status, religion, national origin, or other prohibited classifications.

| For Landlord's Use Only | |
|---|---|
| Rent Amount: | |
| Deposit: | |
| Date Lease to begin: | |
| End of Lease: | |
| Number of Occupants: | |

By your signature hereon, you agree that the information disclosed by you herein is true, complete and accurate to the best of your knowledge, and you agree that the information disclosed by you herein is material to the potential Lessor's decision with respect to granting or denying your application to enter into a lease.

Signed: _Diane Andrew_   Date: 7/30/18

Signed: _Rita Lindsey_   Date: 7/30/18

- 1 -

Do you have any pets that you would like to occupy the residence? ☒ Yes ☐ No
-If yes, please describe. Vizsla dog 35 lbs. housebroken & well-mannered
Note: This provision does not imply that pets are allowed.
Have you ever been evicted from a rental unit? ☐ Yes ☒ No   -If yes, provide reason for eviction.

Motor Vehicle Identification: 1C4RDHDG6HC690249 (Durango)   1FMCUOF79FUA03322 (Escape)

| Year | Make/Model | Color | Tag Number |
|------|-----------|-------|-----------|
| 2017 | Dodge Durango | White | CGV 9635 |
| 2015 | Ford Escape | Dark gray | CHI 1017 |

List Credit Cards
Type: MC      Card # ■■■■      Type: Visa      Card # ■■■■
Type: Discover Card # ■■■■      Type: MC       Card # ■■■■

| Creditors | Type Of Debt | Amount Owed | Monthly Payment | |
|-----------|-------------|-------------|-----------------|---|
| Capital One Auto | Auto | $ ■ | $ ■ | |
| Target | credit | $ ■ | $ ■ | |
| Capital One | credit | $ ■ | $ ■ | (paid off at divorce) |

Person to notify in case of emergency:        Phone: ■
Present Address: ■                                      Zip: ■
How long? 3 yrs.   Reason for leaving: relocating to Colorado due to a divorce
Name and phone # of owner/manager: ■
Previous Address: ■
When? 2008-2015   Reason for leaving: built a new home on land
Previous Address:
When?            Reason for leaving:

DISCLOSURE OF MANAGER:
The Manager of the Premises is _____   Phone: _____
Address: _____
City: _____ State: _____ Zip: _____
OWNER DISCLOSURE: The owner of the premises or a person authorized to act for and on behalf of the owner for the
purpose of service of process and receiving and receipting for notices and demands is disclosed as:
Name: _____   Phone: _____
Address: _____
City: _____ State: _____ Zip: _____

RADON GAS DISCLOSURE. Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in
sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed
federal and state guidelines have been found in buildings in every State of the United States.   Additional information
regarding radon gas may be obtained from your County public health unit.
See also http://www.epa.gov/iaq/radon/

**CONSENT TO CREDIT CHECK**
I/We, Diane Andrew & Rita Lindsey the undersigned applicant(s) authorize landlord,
_____, or his/her/their agent to order and review my/our credit and
criminal history and investigate the accuracy of the information contained in the application.  I/We
further authorize all banks, employers, creditors, credit card companies, references, and any and all other
persons to provide to Landlord any and all information concerning my/our credit.

Signed: Diane Andrew          Date: 7/30/18
Signed: Rita Lindsey          Date: 7/30/18

-2-

## CONSENT TO BACKGROUND AND REFERENCE CHECK

Landlord:
Prospective Tenant: _Diane Andrew & Rita Lindsey_

TO WHOM IT MAY CONCERN:

In consideration of solicitation of my application for lease of premises from the Landlord

above, I, _Diane Andrew & Rita Lindsey_, Tenant, do hereby give my consent to:

_____, Landlord, and the authorized agents thereof, to

check the references listed on my application, and to check my background in any way,

including but not limited to contacting any and all persons and business entities in order

to inquire regarding any and all information relating to myself, provided that said

inquiries be limited solely to the purpose of consideration of myself for possible tenancy.

Signed by Tenant: _Diane Andrew / Rita Lindsey_

Date: _1/30/18_

Print: _Diane Andrew / Rita Lindsey_
         (print or type name)

## SALARY VERIFICATION FORM FOR POTENTIAL LEASE

[This form to be completed and mailed to business addressed below in order to verify current compensation rate of applicant.]

To: _Douglas County School District_
[applicant's employer]

Address: _620 Wilcox St._
_Castle Rock, CO 80104_
_____
_____

From: _Diane Andrew_
lessor

Address: ███████████████████
_____

[Applicant's name]: _Diane Andrew_ has indicated, in an application for lease, that he/she is employed by you.

Please provide the following information in reference to his/her employment:

1. Date employment began: _____
2. Position held: _____
3. Annual pay: _____
4. Hourly rate (if applicable): _____

Applicant has consented to your verification of the requested information as evidenced by applicant's signature below. Thank you for your assistance and prompt return of this verification form in the enclosed stamped envelope.

Sincerely,

_____
Potential Lessor

### CONSENT

I, [print applicant's name]: _Diane Andrew_ hereby consent to the release of my salary/compensation information by my employer, as indicated above, to the entity or person indicated above. This the _30_ day of _July_, 20_18_.

Signed: _Diane Andrew_ Print name: _Diane Andrew_
(applicant's signature)

Desired move-in date: 8/4/18

Personal References:
Name and phone number of friends or family members who have recently been in your home.

1. Cindy Dunbrave —
2. Kristin Hughes —
3. Dale Hughes —

Current Rent/Mortgage $

PROGRESSIVE CLAIMS
1000 COBB PLACE BLVD
BUILDING 300 SUITE 330
KENNESAW, GA 30144

**PROGRESSIVE**®

Underwritten By:
**Progressive Premier Insurance Company of Illinois**

DIANE ANDREW
C/O ATTORNEY COLLIN J EARL
1259 LAKE PLAZA DRIVE, #230
COLORADO SPRINGS, CO 80906

DATE FILED: August 14, 2023 3:30 PM
FILING ID: 5B7D8E7E704D9
CASE NUMBER: 2023CV30568

Claim Number:    21-7824859
Loss Date:    October 22, 2018
Loss State:    CO
Document Date:    May 23, 2022
Page 1 of 2

**claims.progressive.com**
Track the status and details of your
claim, e-mail your representative or
report a new claim.

# Claim Information

Re:

Our Insured: Rita Lindsey

Policy Number: 916936679-2

Claim Number: 21-7824859

Date of Loss: 10/22/2018

Injured Party: Diane Andrew

Dear Ms. Andrew:

As you have been notified, Progressive Premier Insurance Company of IL has received notice of the above-referenced claim and has continued our investigation into this matter under a Reservation of Rights.

We are now sending you notice that Progressive Premier Insurance Company of IL, per the below conditions under Rita Lindsey's policy, is not providing coverage for this matter.  We are not providing coverage due to, but not limited to, the following:

The date of loss was 10/22/2018, but the claim was not reported to Progressive until 9/27/2021.

Progressive has not been provided with evidence that Diane Andrew resided with Rita Lindsey at the time of the loss.

The terms of Rita Lindsey's policy number 916936679-2, Form 9611, Edition 05/15, Page Number 23, state, in part, that:

PART VI --- DUTIES IN CASE OF AN ACCIDENT OR LOSS

For coverage to apply under this policy, you or the person seeking coverage must promptly report each accident or loss even if you or the person seeking coverage is not at fault. You or the person seeking coverage must provide us with all accident or loss information, including time, place, and how the accident or loss happened. You or the person seeking coverage must also obtain and provide us the names and addresses of all persons involved in the accident or loss, the names and addresses of any witnesses, and the license plate numbers of the vehicles involved.

The terms of Rita Lindsey's policy number 916936679-2, Form 9611, Edition 05/15, Page Number 10, state, in part, that:

PART III --- UNINSURED MOTORIST COVERAGE

The insuring agreement states "we will pay for damages that an insured person is legally entitled to recover from the owner or operator of an uninsured motor vehicle." The definition of an "insured person" is as defined below.

1. "Insured person" means:

a. you, a relative, or a rated resident;

b. any person while operating a covered auto with the permission of you, a relative, or a rated resident;

c. any person occupying, but not operating, a covered auto, and;



EXHIBIT A  Continued

Claim number:   21-7824859
Page 2 of 2

d. any person who is entitled to recover damages covered by this Part III because of bodily injury sustained by a person described in a, b or c above.

"You" is defined as a person shown as a named insured on the declarations page and the spouse.

"Relative" is defined as a person residing in the same household as you, and related to you by blood, marriage, or adoption.

"Rated resident" means a person residing in the same household as you at the time of the loss who is not a relative, but only if that person is both: listed in the "Drivers and household residents" section of the declarations page and not designated as either an "Excluded" or a "List Only" driver.

"Covered Auto" is defined as any auto or trailer shown on the declarations page, any additional auto or replacement auto.

Progressive Premier Insurance Company of IL expressly reserves all rights of denial under the policy. The investigation of this matter has been, and is being, conducted under a strict Reservation of Rights afforded us under the policy of insurance issued to Rita Lindsey.

If you feel our position is incorrect, we request you please forward any supporting documentation to our office for review.

Sincerely,

JESSICA P DOUGLAS
Claims Department
1-770-281-4164
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-833-905-1744

Form Z587 (01/08)

EXHIBIT A