IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02286-KAS

DIANE L. ANDREW,

    Plaintiff,

v.

PROGRESSIVE CASUALITY INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____

# ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the parties' **Stipulated Motion for Dismissal with Prejudice** [#22] (the "Motion").[1] Pursuant to Fed. R. Civ. P. 41(a),

IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. Plaintiff's claims asserted against Defendant are **DISMISSED with prejudice**, each party to pay her/its own costs and fees. The Clerk of Court is **directed** to **close** this case.

Dated: January 7, 2024

BY THE COURT:

*[signature]*

Kathryn A. Starnella
United States Magistrate Judge

---

[1] This case has been referred to the undersigned for all purposes pursuant to 28 U.S.C. § 636(c), on consent of the parties. *See Consent* [#17]; *Order of Reference* [#18].